

# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE

JEFFREY D. KYLE, CLERK

January 14, 2015

Darrell J. Harper
TDCJ ID# 1457329
Holliday Unit
295 IH 45 North
Huntsville, TX 77320

RE:     Court of Appeals Number:    03-14-00797-CV
         Trial Court Case Number:     D-1-GN-14-001263

Style:    Darrell J. Harper
        v. State of Texas Commission on Jail Standards et al.

Dear Darrell J. Harper:

The Clerk of this Court filed appellant's notice of appeal on **Wednesday, December 17, 2014**. The clerk's and reporter's records were due in this Court on **Tuesday, January 13, 2015** and are overdue. Notice was received from the district clerk's office of Travis County, Texas on January 13, 2015, indicating appellant has neither paid, nor made arrangements for payment, for the clerk's record. Accordingly, the clerk's record will not be timely filed.

Appellant is requested to make arrangements for the record and submit a status report regarding this appeal. A response regarding this matter is requested by this Court on or before **Monday, January 26, 2015**. Failure to do so **may** result in the dismissal of this appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b).

If appellant has not already done so, he is instructed to make a written request to the court reporter and make arrangements for payment of the record. If appellant does not wish to pursue this appeal, please file a motion to dismiss.

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *Amy Strother*

Amy Strother, Deputy Clerk

RECEIVED
JAN 23 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

cc:     Mr. Kyle Smith

RECEIVED
JAN 2 3 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

DARRELL J. HARPER
TDCJ ID# 1457329
HOLLIDAY UNIT
295-IH-45 NORTH
HUNTSVILLE, TX 77320

COURT OF APPEALS

THIRD DISTRICT

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547



RTS

name number
doesnt
match